UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      S5 19 CR 536 (PKC)

        -against-                                              ORDER

DEE JAY WHITE (4),

                Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        There will be a Curcio hearing on November 17, 2020 at 12:00 p.m. in Courtroom 11D at 500 Pearl Street, New York, N.Y. Avraham C. Moskowitz is appointed pursuant to the Criminal Justice Act to represent Mr. White with respect to the issues at the Curcio hearing, Messrs. Donaldson, Moskowitz and the government shall appear at the hearing, along with Mr. White.

        SO ORDERED.

                                                              P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       November 5, 2020