UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                           19-cr-536 (PKC)

        -against-                                               ORDER

DEEJAY WHITE,

                           Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       Mr. Moskowitz is provisionally appointed under the CJA to represent Mr. White for purposes of all further proceedings, subject to confirmation at the next conference that this is Mr. White's desire and his swearing to the truth of the statements in the Financial Affidavit.

       SO ORDERED.

                                                                        P. Kevin Castel
                                                              United States District Judge

Dated:  New York, New York
            November 17, 2020