UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                      S5 19 CR 536 (PKC)

         -against-                                                                             ORDER

DEE JAY WHITE (4),

                          Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

The hearing scheduled for January 26, 2021 at 2:00 P.M. has been moved to a **teleconference** and is scheduled for **January 26, 2021** at **9:00 A.M**. The call-in information for this conference is as follows:

        Dial-in:     (888) 363-4749

        Access Code:  3667981

SO ORDERED.

                                                                  P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
         January 21, 2021