UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                S5 19 CR 536 (PKC)

        -against-                                  ORDER

DEE JAY WHITE (4),

                Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        The government shall respond to defendant's letter application of February 9, 2021 by February 17, 2021.

        SO ORDERED.

Dated: New York, New York
       February 11, 2021

                                                  P. Kevin Castel
                                     United States District Judge