UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                          19-cr-536 (PKC)

         -against-                                                   ORDER

DEEJAY WHITE,

                                  Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        In view of the unavailability of Mr. Moskowitz for the July 28, 2021 trial, the Court appoints Sean Hecker, Esq. as second lawyer pursuant to the CJA to represent Mr. White.

        SO ORDERED.

                                                P. Kevin Castel
                                     United States District Judge

Dated:   New York, New York
              June 3, 2021