UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                               :

UNITED STATES OF AMERICA,                :

    -v.-                                                 :                19-cr-536 (PKC)

DEEJAY WHITE and                            :                <u>ORDER</u>
JASON MARTINEZ,
a/k/a "Jay,"
                Defendants.          X
-----------------------------------------------------------------

CASTEL, U.S.D.J.:

        The final pretrial conference in this matter is scheduled for Wednesday July 21, 2021 at 11:00 AM in Courtroom 11D, 500 Pearl Street, New York, New York.

        SO ORDERED.

                                                      P. Kevin Castel
                                                 United States District Judge

Dated:   New York, New York
             July 19, 2021