UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                               19 CR 536 (PKC)

         -against-                                                     <u>ORDER</u>

DEEJAY WHITE,

                            Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        U.S. Marshal advised Chambers this morning that Mr. White, housed at Essex Facility, refused to come to Court today for a conference.  Mr. White did not give a reason.

Accordingly, the conference scheduled today at 2:00 p.m. did not proceed.

        SO ORDERED.

                                                     P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
        November 23, 2021