# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

November 24, 2021

> The next conference is scheduled for December 14, 2021 at 12:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 11/24/2021
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

**By ECF**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Deejay White</u>,
19 Cr. 536 (PKC)

Dear Judge Castel:

We represent Deejay White in connection with the above-captioned matter. As the Court is aware, Mr. White was scheduled to appear before Your Honor yesterday but was not produced from the Essex facility in New Jersey.

I spoke to Mr. White yesterday afternoon and again this morning. According to Mr. White, he was in the process of preparing to come to Court early yesterday morning when a misunderstanding among the prisoner production team caused them to leave without him. Mr. White has relayed that – to the extent there was concern about this claim – the video footage from cameras at the Essex facility should corroborate his account.

In any event, Mr. White asked me to explain that he was looking forward to coming to Court yesterday and that he would not have refused to come. Although he believes he did nothing wrong in connection with the production procedure, he asked me to apologize to the Court and all parties for the inconvenience this has caused.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

Hon. P. Kevin Castel
November 24, 2021
Page 2

      We respectfully request that the Court set a new conference date at Your Honor's convenience.

      Respectfully submitted,

/s/ Telemachus P. Kasulis
Telemachus P. Kasulis
Chelsea Scism

*Counsel to Deejay White*

cc:    All counsel (via ECF)