```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :     UNSEALING ORDER
                                 :
DEEJAY WHITE,                    :     S10 19 Cr. 536 (PKC)
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by and through Assistant United States Attorney Juliana N. Murray;

It is found that entries of the docket in the above-captioned action, S10 19 Cr. 536 (PKC), are currently sealed and the United States Attorney's Office has applied to have that docket unsealed, it is therefore

ORDERED that the docket in the above-captioned action be unsealed effective immediately and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       March 18, 2022

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

07.02.2020