UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                       19 CR 536 (PKC)

           -against-                                                   ORDER

DEEJAY WHITE,

                              Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing is adjourned from July 27, 2022 to July 28, 2022 at 2:30 p.m. in Courtroom 11D.

        SO ORDERED.

                                                                P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
          April 28, 2022