# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 25, 2022

**By ECF**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Deejay White,
      19 Cr. 536 (PKC)

---

Defendant entered his plea of guilty on March 18, 2022. Sentencing has been substantially adjourned at defendant's request and will proceed as scheduled on September 13, 2022. The Court will not again replace and substitute new CJA counsel at this late date.

The defendant is advised that the only matter remaining before this Court is sentencing. The defendant will be free to request a change of counsel in the U.S. Court of Appeals, if he elects to proceed with an appeal. The application for unlimited access to the legal library at Essex while it is open is denied without prejudice to any request he wishes to make to the Warden of the facility.

SO ORDERED.
Dated: 8/26/2022

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

---

Dear Judge Castel:

We represent Deejay White in connection with the above-captioned matter. There has been a breakdown in our relationship with Mr. White such that we must request a conference before the Court at Your Honor's earliest available convenience. We are available any day next week except for Friday. Thank you for your consideration of this request.

Separately, Mr. White has informed us that his access to the legal library at the Essex facility has been limited compared to similarly-situated inmates who possess court orders granting them unlimited access to the library when it is open. At Mr. White's request, we ask that the Court issue such an order for Mr. White so that he may continue to research the legal issues in his case.

Respectfully submitted,

/s/ Telemachus P. Kasulis
Telemachus P. Kasulis

*Counsel to Deejay White*

cc:   All counsel (via ECF)