UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             S5 19 CR 536 (PKC)

       -against-                                           ORDER

DEE JAY WHITE,

                 Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The Court has today received a letter from defendant complaining of the conditions of his confinement, specifically that he is serving his sentence in in a "Special Housing Unit." The Court does not have supervisory authority over the Bureau of Prisons, or its housing designations, and his complaints should be addressed to the warden of the facility or his designee. He also complains of property taken and not returned by either the United States Marshals Service and/or the Essex County Jail. The Court does not have supervisory jurisdiction over either of these.

        Separately, he asks the Court to compile and send to him eight categories of documents relating to his case, now on appeal to the United States Court of Appeals for the Second Circuit. The Court is not in a position to honor his request which should be directed to his appellate counsel. If he is dissatisfied with his appellate counsel as he appears to state, his remedy lies in an application for the appointment of new counsel in the Court where his appeal is pending. See Local Rule 4.1 of the Second Circuit.

                                                               Mailed to Mr. White 3/22/2023

SO ORDERED.

Dated: New York, New York
       March 22, 2023

                                                                  P. Kevin Castel
                                              United States District Judge