UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DEEJAY WHITE,

                Defendant.

19-cr-536 (PKC)

ORDER

---

CASTEL, Senior District Judge:

        On September 22, 2022, defendant was sentenced principally to a term of imprisonment of 252 months.  (Minute Entry; ECF 320.)

        On February 16, 2024, defendant wrote to the Court seeking a sentencing reduction pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023 and applies retroactively.  The United States Probation Department has issued a report indicating that defendant is eligible for a sentence reduction.

        The government is directed to respond to the Supplemental PSR by May 10, 2024 addressing whether defendant's sentence ought to be reduced.   The Federal Defenders of New York are respectfully invited to appear on behalf of Mr. White and may reply 14 days after the filing of the government's submission.

SO ORDERED.

                                                  P. Kevin Castel
                                                  Senior United States District Judge

Dated: April 15, 2024
New York, New York