UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DEEJAY WHITE,

Defendant.

19-cr-536 (PKC)

ORDER

---

CASTEL, Senior District Judge:

    During the pendency of his appeal to the Second Circuit, the Court granted the application of Deejay White for a reduction in sentence pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023 and applies retroactively. On May 21, 2024, the Court granted a reduction of the term of imprisonment from 252 months to 235 months with all other terms and conditions of the original judgment remaining in place, effective as of June 3, 2024.

    To avoid doubt as to whether this Court acted without jurisdiction in granting the foregoing relief, on remand from the Circuit, the Court now reaffirms and readopts its Orders of May 21, 2014. (ECF 561 & 562.) The Clerk is respectfully requested to close the case.

1

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
February 12, 2025