U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 19, 2025

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   **United States v. Deejay White**, 19 Cr. 536 (PKC)
         **Deejay White v. United States**, 25 Civ. 5596 (PKC)

Dear Judge Castel:

   The Government writes to respectfully request an adjournment of deadlines in the above-captioned case. On August 14, 2025, the Court ordered that Petitioner Deejay White ("Petitioner") execute and return the Attorney-Client Privilege Waiver (Informed Consent) form to the Court within 60 days in order to proceed with his motion pursuant to 28 U.S.C. §2255. *See* Dkt. 630. The Court advised that, if Petitioner does not return the form within 60 days (*i.e.*, on or before October 13, 2025), the Court would deny Petitioner's motion, on the ground that Petitioner would have failed to authorize the disclosure of information needed to permit the Government to respond to the motion.

   The Government's opposition is presently due on September 5, 2025. *See* Dkt. 626. In light of the foregoing, the Government respectfully requests that the Court adjourn the Government's opposition due date to 60 days from the date on which Petitioner's Informed Consent form is docketed, and adjourn Petitioner's response date to 30 days after the Government's opposition is due.

                                              Respectfully submitted,

Application Granted.                          JAY CLAYTON
                                              United States Attorney

So Ordered: _____ By: ___/s/ Juliana Murray_____
            Hon. P. Kevin Castel, U.S.D.J.    AUSAs Juliana Murray
                                              AUSA Ryan Finkel
            8-19-25                           Assistant United States Attorneys
                                              (212) 637-2314 / -6612

cc: Counsel of Record (via ECF)

Case 1:19-cr-00536-PKC    Document 631    Filed 08/19/25    Page 2 of 2
Case 1:19-cr-00536-PKC    Document 632    Filed 08/19/25    Page 2 of 2

Page 2

2024.08.01